IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT  DIVISION

| | | |
|---|---|---|
| BERNARD ELLIS | § | |
| VS. | § | CIVIL ACTION NO. 1:14cv256 |
| UNITED STATES OF AMERICA | § | |

## ORDER OVERRULING OBJECTIONS AND ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Bernard Ellis, an inmate confined at the United States Penitentiary in Coleman, Florida, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas,  for consideration pursuant to applicable orders of this court.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this case.  The Magistrate Judge recommends this matter be dismissed.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence.  Petitioner filed objections to the Report and Recommendation.

The Court has conducted a  *de novo* review of the objections in relation to the pleadings and the applicable law.  After careful consideration, the Court is of the opinion petitioner's objections are without merit.  The grounds for review asserted by petitioner are not cognizable in a petition for writ of habeas corpus filed pursuant to 28 U.S.C.  § 2241.  *Reyes-Requena v. United States*, 243 F.3d 893 (5th Cir. 2001).

## ORDER

Accordingly, petitioner's objections are **OVERRULED**.  The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is

**ADOPTED**. A final judgment will be entered in accordance with the recommendation of the Magistrate Judge.

      **SIGNED** this the **6** day of **October, 2014.**


Thad Heartfield
United States District Judge